**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No: 8:15-bk-11825-MGW

In Re:                                                                          Chapter 13


LAURA CATHERINE DAVIS

_____ /

## REPORT OF UNCLAIMED FUNDS

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks

issued prior to October 15, 2020, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 1155964 | $2,766.27 | Laura Catherine Davis<br>5003 Parrish Lane<br>Safety Harbor, FL 34695 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $2,766.27 for this

case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated:  December 23, 2020.


/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166


Cc: Clerk, U.S. Bankruptcy Court/Court Registry